UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MELODY M. JIMENEZ,

                Plaintiff,

      -against-

BANK OF NOVA SCOTIA, et al.,

                Defendants.

23-CV-7285 (LTS)

ORDER OF DISMISSAL

LAURA TAYLOR SWAIN, Chief United States District Judge:

      By order dated August 31, 2023, the Court directed Plaintiff, within 30 days, to resubmit the signature page of the complaint with an original signature.[1] That order specified that failure to comply would result in dismissal of the complaint. Plaintiff has not submitted the signed signature page. Accordingly, the complaint is dismissed without prejudice. *See* Fed. R. Civ. P. 11(a).

      The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

      The Clerk of Court is directed to enter judgment in this action.

SO ORDERED.

Dated:  October 19, 2023
           New York, New York

                                      /s/ Laura Taylor Swain
                                        LAURA TAYLOR SWAIN
                                Chief United States District Judge

---

[1] The Court also directed Plaintiff to resubmit the consent to receive electronic service form with an original signature.