UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MELODY M. JIMENEZ,

                    Plaintiff,

-against-

BANK OF NOVA SCOTIA, et al.,

                    Defendants.

23-CV-7285 (LTS)

CIVIL JUDGMENT

For the reasons stated in the October 19, 2023, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:  October 19, 2023
           New York, New York

                                                  /s/ Laura Taylor Swain
                                                  LAURA TAYLOR SWAIN
                                            Chief United States District Judge